Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21031 Ventura Blvd., Ste. 340,
Woodland Hills, CA 91364
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@ toddflaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN FALAGRADY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CAESARS ENTERTAINMENT, INC. d/b/a HARRAH'S RESORT SOUTHERN CALIFORNIA; and DOES 1-10, inclusive,<br><br>Defendant. | Case No.<br>8:23-cv-01410-FWS-KES<br><br>**NOTICE OF SETTLEMENT AS TO INDIVIDUAL CLAIMS ONLY** |

NOW COMES THE PLAINTIFF by and through their attorney to respectfully notify this Honorable Court that this case has settled individually. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. This Court shall retain jurisdiction over this matter until fully resolved.

Dated: August 11, 2023      **Law Offices of Todd M. Friedman, P.C.**

                                        By: s/ Todd M. Friedman
                                           Todd M. Friedman

## CERTIFICATE OF SERVICE

Filed electronically on August 11, 2023, with:

United States District Court CM/ECF system

Notification sent electronically on August 11, 2023, to:

To the Honorable Court, all parties and their Counsel of Record

<u>s/Todd M. Friedman</u>
  Todd M. Friedman