Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
Law Offices of Todd M Friedman, P.C.
21031 Ventura Blvd, Suite 340
Woodland Hills, CA 91364
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN FALAGRADY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CAESARS ENTERTAINMENT, INC. d/b/a HARRAH'S RESORT SOUTHERN CALIFORNIA; and DOES 1-10, inclusive,<br><br>Defendant | Case No.<br><br>8:23-cv-01410<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS.** |

NOW COMES THE PLAINTIFF by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice as to plaintiff and without prejudice as to the class. No Defendant has filed either an answer or a motion for summary judgment at this time, and no Court order is necessary pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i).

Respectfully submitted this 15th Day of September, 2023.

                        By: s/Adrian R. Bacon Esq.
                             Adrian R. Bacon
                             Attorney for Plaintiff

# CERTIFICATE OF SERVICE

Filed electronically on September 15, 2023, with:

United States District Court CM/ECF system

Notification sent electronically on September 15, 2023, to:

To the Honorable Court, all parties and their Counsel of Record

> By: s/Adrian R. Bacon Esq.
> Adrian R. Bacon
> Attorney for Plaintiff